**REVERSE and REMAND; and Opinion Filed July 8, 2015.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-14-00831-CV
_____

**DALLAS DRAIN COMPANY, INC. AND KEVIN TRAVIS, Appellants**

**V.**

**KEVIN D. WELSH AND KELLY A. WELSH, Appellees**

On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-09129

## MEMORANDUM OPINION
Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Fillmore

The trial court granted summary judgment in favor of appellees Kevin D. Welsh and Kelly A. Welsh on their claims against appellants Dallas Drain Company, Inc. and Kevin Travis. Dallas Drain and Travis appeal the summary judgment, and Dallas Drain appeals the denial of its motion to extend post-judgment deadlines. In six issues on appeal, appellants assert: (1) because appellees' motion for summary judgment on their negligence and breach of implied warranty claims was supported only by an improper deemed admission, the trial court erred by finding appellees met their summary judgment burden; (2) no summary judgment evidence establishes appellants are builders and, therefore, the trial court erred by granting summary judgment on appellees' breach of implied warranty claims; (3) appellees failed to support their breach of implied warranty of habitability claim with summary judgment evidence that the dwelling at issue was not habitable; (4) the trial court erred by finding appellees conclusively established